Martin BUTCHKO, Plaintiff-Appellee, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY, Defendant-Appellant.

No. 59.

Circuit Court of Appeals, Second Circuit.

Nov. 1, 1937.

Charles E. Miller, of New York City (William A. Dempsey and John J. McElhinny, both of New York City, of counsel), for appellant.

Stephen A. Machcinski, of New York City (Morton L. Fearey and Wm. Paul Allen, both of New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Nicholas CAMPBELL, Appellant, v. UNITED STATES of America, Appellee.

No. 8607.

Circuit Court of Appeals, Ninth Circuit.

Oct. 11, 1937.

Paul D. Coles, of Seattle, Wash., for appellant.

J. Charles Dennis, U. S. Atty., of Seattle, Wash.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.

In the Matter of CASANOVA REALTY COMPANY, Debtor. CASANOVA REALTY COMPANY v. Harry REITMAN.

No. 6221.

Circuit Court of Appeals, Seventh Circuit.

Oct. 5, 1937.

A. W. Kivett and Suel O. Arnold, both of Milwaukee, Wis., for appellant.

Harvey C. Hartwig, of Milwaukee, Wis., for appellee.

Before EVANS and SPARKS, Circuit Judges, and LINDLEY, District Judge.

PER CURIAM.

On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this cause be, and the same is hereby, affirmed, with costs.